UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CENTER FOR HIGH RISK PREGNANCY, P.A.,
    Plaintiff,

v.                              CASE NO. 3: 12-cv-00045-MCRlCJK

REGIONS BANK,
    Defendant,
_____ /

REGIONS BANK,
    Counterplaintiff,

v.

CENTER FOR HIGH RISK PREGNANCY, P.A.,
and JAMES E. MAHER a/k/a JAMES E. MAHER, III.
    Counterdefendants.
_____ /

## MEDIATOR'S REPORT

    Pursuant to this Court's Final Scheduling Order and Mediation Referral (Doc. 27) dated May 24, 2012, referring the parties to mediation, a mediation conference was conducted by the undersigned mediator in Pensacola, Florida on July 12, 2012. The parties and their respective attorneys appeared before the undersigned. The mediation session resulted in the settlement of all claims in full.

                                        /s/ H. Edward Moore
                                        H. Edward Moore, Jr.
                                        Post Office Box 13290
                                        Pensacola, FL 32591-3290
                                        (850) 434-3541
                                        Florida Bar No. 013299
                                        Mediator No. 05994R

## CERTIFICATE OF SERVICE

    I CERTIFY that the original has been electronically filed and that a true and correct copy of the foregoing has been furnished to all parties and counsel of record via the *CM/ECF* Filing System of the United States District Court for the Northern District of Florida on July 16, 2012.

                                        /s/ H. Edward Moore

cc:    The Honorable M. Casey Rodgers